sUNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **STEVEN L. COLE, for himself<br>and on behalf of similarly situated<br>individuals,** )<br>)<br>)<br>) | |
| **Plaintiff,** )<br>) | |
| v. ) | Case No. CIV-20-655-G |
| ) | |
| **SCOTT CROW, Director, O.D.O.C.,**<br>**et al.,** )<br>)<br>) | |
| **Defendants.** ) | |

## ORDER

This matter comes before the Court for review of the Supplemental Report and Recommendation ("Suppl. R. & R.") (Doc. No. 64) issued on January 4, 2022, by United States Magistrate Judge Gary M. Purcell pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). In the Supplemental R. & R., Judge Purcell recommends that the Motion for Summary Judgment (Doc. No. 62) filed by Defendants Scott Crow, Tonia Dickerson, Lonnie Lawson, and Donna McCaslin be granted and that the Motion for Summary Judgment (Doc. No. 60) filed by Plaintiff Steven L. Cole be denied. *See* R. & R. at 5-7.

In the Supplemental R. & R., Judge Purcell advised the parties of their right to object to the Supplemental R. & R. by January 24, 2022. Judge Purcell also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Supplemental R. & R.

As of this date, no party has objected to the Supplemental R. & R. or sought an extension of time to do so.

Accordingly, the Supplemental Report and Recommendation (Doc. No. 64) is ADOPTED in its entirety. Defendants' Motion for Summary Judgment (Doc. No. 62) is GRANTED, and Plaintiff's Motion for Summary Judgment (Doc. No. 60) is DENIED. A separate judgment shall be entered.

IT IS SO ORDERED this 10th day of February, 2022.

_____
CHARLES B. GOODWIN
United States District Judge